IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of<br>QUANDEL CONSTRUCTION GROUP, INC.<br>        Petitioner,<br><br>For an Order Appointing an<br>Arbitrator for an Arbitration Proceeding<br><br>        against<br><br>THE CITY OF BINGHAMTON, NEW YORK<br>        Respondent. | Civil Action No. 3:19-cv-01286<br><br>**JOINT STATUS REPORT** |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 2 4 2020
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Utica

Pursuant to the Court's September 3, 2020 Text Order (ECF #27) Petitioner Quandel Construction Group, Inc. and Respondent The City of Binghamton, New York (collectively the "Parties") respectfully submit the following Joint Status Report regarding their ongoing efforts to select an arbitration provider.  Since the Parties' last Joint Status Report, the Parties completed their negotiations regarding the provisions of the arbitration agreement and both Parties have executed the arbitration agreement. Accordingly, this matter is resolved. The Parties request that the Court retain jurisdiction to enforce the arbitration agreement, if necessary. The Parties are happy to address any further questions the Court may have.

SO ORDERED:

*/s/ David N. Hurd*
DAVID N. HURD
United States District Judge
Dated: 9/24/20
Utica, NY

12130916.1